IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| JASON HERNANDEZ | § | |
| V. | § | CIVIL ACTION NO. 6:06CV420 |
| DIRECTOR, TDCJ-CID | § | |

ORDER

Came on for consideration the above-referenced civil action, this Court having heretofore ordered that this matter be referred to the United States Magistrate Judge for proper consideration. Having received the report of the United States Magistrate Judge pursuant to its order, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore,

**ORDERED** the above-styled case shall be and is hereby **TRANSFERRED** to the Fifth Circuit Court of Appeals.

**So ORDERED and SIGNED this 1st day of December, 2006.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**